# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| **JEFFERY TYLER,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | **CIVIL ACTION** |
| **v.** ) | |
| ) | **No. 17-2441-JWL-KGG** |
| **RICHARD EINSPAHR and YRC, INC.,** ) | |
| **d/b/a YRC FREIGHT,** ) | |
| ) | |
| **Defendants.** ) | |
| ) | |

## ORDER OF DISMISSAL

Pursuant to the Joint Stipulation of Dismissal With Prejudice (doc. #28), IT IS ORDERED that this case is dismissed with prejudice and each party to bear its own costs.

**IT IS SO ORDERED.**

Dated this 23rd day of April, 2018 at Kansas City, Kansas.

s/ John W. Lungstrum
**JOHN W. LUNGSTRUM**
**UNITED STATES DISTRICT JUDGE**